Melvina C. Youmans, as Administratrix of the estate of John L. Bright, deceased, Plaintiff in Error, vs. C. S. Swain, James Daugherty and W. C. Batty, Defendants in Error.

Writ of error to Circuit Court, Lee county, Joseph B. Wall, Judge.

Louis A. Hendry, for Plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.